**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* [UNDER SEAL],<br><br>Plaintiffs,<br><br>v.<br><br>[UNDER SEAL],<br><br>Defendants. | **UNDER SEAL**<br><br>*Qui tam action filed in camera and under seal in accordance with 31 U.S.C. § 3730(b)(2)*<br><br>Civil Action No. |

**COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

THE UNITED STATES OF AMERICA,
*ex rel.* JEANNE M. LAMKEN,

Plaintiffs,

v.

BREAKWATER BEACH CLUB,
ESSEX COUNTY COUNTRY CLUB,
MEDFORD LAKES COUNTRY CLUB,
MONMOUTH BEACH BATH & TENNIS CLUB,
SPRING LAKE BATH & TENNIS CLUB, INC.,
THE TOWER CLUB OF PRINCETON UNIVERSITY,
ARTESIA COUNTRY CLUB,
BELLEFONTE COUNTRY CLUB,
BELLEVIEW BILTMORE COUNTRY CLUB CORPORATION,
BELVEDERE TENNIS CLUB,
BENTWINDS GOLF AND COUNTRY CLUB,
BEVERLY HILLS TENNIS CLUB, INC.,
BLACK HALL CLUB, INC.,
BLYTHEFIELD COUNTRY CLUB,
BOCA POINTE COUNTRY CLUB, INC.,
BOCAGE RACQUET CLUB,
BRUNSWICK COUNTRY CLUB, INC.,
BURL OAKS GOLF CLUB, INC.,
CAPITAL CITY COUNTRY CLUB, INC.,
CATTAIL CREEK COUNTRY CLUB, INC.,
CENTERPORT YACHT CLUB,
CHATHAM CLUB, INC.,
CLARKSDALE COUNTRY CLUB,
CLEARWATER YACHT CLUB,
CLEVELAND COUNTRY CLUB,
CORAL REEF YACHT CLUB,
COUNTRY CLUB OF DECATUR,
COUNTRY CLUB OF LAUREL, INC.,
DEERWOOD COUNTRY CLUB, INC.,
EFFINGHAM COUNTRY CLUB,
ELLENDALE COUNTRY CLUB, INC.,
ELLINGTON RIDGE COUNTRY CLUB,

**UNDER SEAL**

*Qui tam action filed in camera and under seal in accordance with 31 U.S.C. § 3730(b)(2)*

Jury Trial Demanded

Civil Action No.

INC.,
FALL RIVER COUNTRY CLUB,
FIGURE EIGHT ISLAND YACHT CLUB, INC.,
FLOSSMOOR COUNTRY CLUB,
FOREST HILLS COUNTRY CLUB, INC.,
FREMONT GOLF CLUB,
GLENDORA COUNTRY CLUB,
GLENMAURA NATIONAL GOLF CLUB,
GROSSE POINTE YACHT CLUB,
GULL LAKE COUNTRY CLUB,
HARTFORD CLUB,
HILO YACHT CLUB,
HOLLY TREE COUNTRY CLUB, INC.,
ISLAND BAY YACHT CLUB,
ISLES YACHT CLUB, INC.,
KEY BISCAYNE YACHT CLUB,
KISHWAUKEE COUNTRY CLUB, INC.,
LA CROSSE COUNTRY CLUB, INC.,
LAHAINA YACHT CLUB,
LONGVIEW COUNTRY CLUB,
LOOKOUT MOUNTAIN CLUB, INC.,
MARCO ISLAND YACHT CLUB, INC.,
MARSHFIELD COUNTRY CLUB,
MAYACOO LAKES II CLUB, INC.,
MERCER ISLAND COUNTRY CLUB,
MERIDIAN VALLEY COUNTRY CLUB, INC.,
MESA COUNTRY CLUB, INC.,
METROPOLITAN CLUB,
MID-PACIFIC COUNTRY CLUB,
MILTON HOOSIC CLUB, INC.,
MIRA VISTA COUNTRY CLUB,
NAPLES SAILING AND YACHT CLUB, INC.,
NEWNAN COUNTRY CLUB,
NORTH RIDGE COUNTRY CLUB, INC.,
PABLO CREEK CLUB, INC.,
PACIFIC CORINTHIAN YACHT CLUB,
PALMETTO-PINE COUNTRY CLUB, INC.,
PORTLAND YACHT CLUB,
PRESTWICK COUNTRY CLUB,
QUEEN CITY CLUB,
QUINCY COUNTRY CLUB,
SALINA COUNTRY CLUB,
SAMENA CLUB,

SAUGAHATCHEE COUNTRY CLUB,
SOUTH SIDE COUNTRY CLUB,
SPRINGVILLE COUNTRY CLUB, INC.,
ST. ANDREWS BAY YACHT CLUB, INC.,
STOCKBRIDGE GOLF CLUB,
SULPHUR SPRINGS COUNTRY CLUB,
TEQUESTA COUNTRY CLUB,
TEXARKANA COUNTRY CLUB INC.,
THE CEDAR RAPIDS COUNTRY CLUB,
THE CHAPEL HILL TENNIS CLUB, INC.,
THE DES MOINES EMBASSY CLUB,
THE MARIN TENNIS CLUB,
THE OGLETHORPE CLUB,
THE PALMS GOLF CLUB, INC.,
THE SHAWNEE COUNTRY CLUB,
TIPPECANOE LAKE COUNTRY CLUB, INC.,
TUPELO COUNTRY CLUB,
TURTLE POINT YACHT & COUNTRY CLUB,
VISALIA COUNTRY CLUB,
WALLINGFORD COUNTRY CLUB, INC.,
WALNUT CREEK COUNTRY CLUB,
WEST VALLEY FLYING CLUB,
WESTBROOK VILLAGE GOLF CLUB,
WESTERN GOLF AND COUNTRY CLUB,
WETHERSFIELD COUNTRY CLUB, INC.,
WHALE ROCK COUNTRY CLUB,
WICHITA FALLS COUNTRY CLUB,
WILLIAMETTE VALLEY COUNTRY CLUB,
WILSON COUNTRY CLUB, INC.,
YAHNUNDASIS GOLF CLUB,
YOUCHE COUNTRY CLUB,
3300 WEST ORANGE COUNTRY CLUB, LLC.,
CUSTOMERS BANK,
OCEANFIRST BANK, N.A.,
REPUBLIC FIRST BANK (D/B/A REPUBLIC BANK),
TD BANK, N.A.,
WELLS FARGO BANK, N.A.,
ALPINE BANK,
AMERICAN NATIONAL BANK & TRUST,
AMERICU CREDIT UNION,
BANK OF AMERICA, N.A.,
BANK OF BELLE GLADE,

BANK OF HAWAII,
BANK OF MARIN,
BANKERS TRUST COMPANY,
BANKUNITED, N.A.,
THE BENNINGTON STATE BANK,
BUSEY BANK,
CANTON CO-OPERATIVE BANK,
CB&S BANK,
CENTIER BANK,
CHARLOTTE STATE BANK & TRUST,
CITIZENS STATE BANK,
CITY NATIONAL BANK,
CITY NATIONAL BANK OF FLORIDA,
COASTAL HERITAGE BANK,
COMMERCIAL NATIONAL BANK OF TEXARKANA,
COMMUNITY BANK OF MISSISSIPPI,
COMMUNITY BANK, N.A.,
CROSS RIVER BANK,
FALL RIVER FIVE CENTS SAVINGS BANK (D/B/A BANKFIVE),
FARMERS & MERCHANTS SAVINGS BANK,
FIFTH THIRD BANK, N.A.,
FIRST BANK RICHMOND,
FIRST BANKERS TRUST COMPANY, N.A.,
FIRST FLORIDA INTEGRITY BANK,
FIRST HAWAIIAN BANK,
FIRST NATIONAL BANK OF CLARKSDALE,
FIRST NATIONAL BANK OF OMAHA,
FIRST NATIONAL BANK OF OTTAWA,
FIRST NATIONAL BANK OF PANA,
FIRST REPUBLIC BANK,
FIRST SECURE BANK & TRUST CO.,
FROST BANK,
GUARANTY BANK & TRUST, N.A.,
GUILFORD SAVINGS BANK,
HERITAGE BANK,
JPMORGAN CHASE BANK, N.A. (D/B/A CHASE BANK),
KENTUCKY FARMERS BANK,
KEYBANK, N.A.,
LAKE CITY BANK,
LEE BANK,
MANUFACTURERS AND TRADERS

TRUST COMPANY,
MECHANICS BANK,
MEGA BANK,
MERCANTILE BANK OF MICHIGAN,
NORTHEAST BANK,
OLD NATIONAL BANK,
PACIFIC WESTERN BANK,
PEOPLESBANK,
PEOPLE'S UNITED BANK, N.A.,
PINNACLE BANK,
PRIME MERIDIAN BANK,
REGIONS BANK,
RENASANT BANK,
SIGNATURE BANK,
SMARTBANK,
SOUTH COAST BANK & TRUST,
SOUTH LOUISIANA BANK,
SOUTH STATE BANK, N.A.,
SOUTHERN BANK AND TRUST COMPANY,
SOUTHERN STATES BANK,
SYNOVUS BANK,
TCF NATIONAL BANK,
THE CLEVELAND STATE BANK,
THE STATE BANK & TRUST COMPANY,
TOWN AND COUNTRY BANK,
TRUIST BANK (D/B/A BRANCH BANKING & TRUST CO.),
UNITED COMMUNITY BANK,
U.S. BANK N.A.,
WASHINGTON SAVINGS BANK,
WEBSTER BANK, N.A.,
WESTERN BANK, ARTESIA,
ZIONS BANCORPORATION, N.A. (D/B/A ZIONS BANK),

Defendants.

**COMPLAINT**

1. Plaintiff-relator Jeanne M. Lamken ("Relator") brings this action on behalf of the United States of America against Defendants for violations of the Federal False Claims Act, 31 U.S.C. §§ 3729 *et seq.* (the "FCA"), to recover all damages, civil penalties and all other recoveries provided for under that statute.

2. The "Club Defendants" are Artesia Country Club, Bellefonte Country Club, Belleview Biltmore Country Club Corporation, Belvedere Tennis Club, Bentwinds Golf and Country Club, Beverly Hills Tennis Club, Inc., Black Hall Club, Inc., Blythefield Country Club, Boca Pointe Country Club, Inc., Bocage Racquet Club, Breakwater Beach Club, Brunswick Country Club, Inc., Burl Oaks Golf Club, Inc., Capital City Country Club, Inc., Cattail Creek Country Club, Inc., Centerport Yacht Club, Chatham Club, Inc., Clarksdale Country Club, Clearwater Yacht Club, Cleveland Country Club, Coral Reef Yacht Club, Country Club of Decatur, Country Club of Laurel, Inc., Deerwood Country Club, Inc., Effingham Country Club, Ellendale Country Club, Inc., Ellington Ridge Country Club, Inc., Essex County Country Club, Fall River Country Club, Figure Eight Island Yacht Club, Inc., Flossmoor Country Club, Forest Hills Country Club, Inc., Fremont Golf Club, Glendora Country Club, Glenmaura National Golf Club, Grosse Pointe Yacht Club, Gull Lake Country Club, Hartford Club, Hilo Yacht Club, Holly Tree Country Club, Inc., Island Bay Yacht Club, Isles Yacht Club, Inc., Key Biscayne Yacht Club, Kishwaukee Country Club, Inc., La Crosse Country Club, Inc., Lahaina Yacht Club, Longview Country Club, Lookout Mountain Club, Inc., Marco Island Yacht Club, Inc., Marshfield Country Club, Mayacoo Lakes II Club, Inc., Medford Lakes Country Club, Mercer Island Country Club, Meridian Valley Country Club, Inc., Mesa Country Club, Inc., Metropolitan Club, Mid-Pacific Country Club, Milton Hoosic Club, Inc., Mira Vista Country Club, Monmouth Beach Bath & Tennis Club, Naples Sailing and Yacht Club, Inc., Newnan

Country Club, North Ridge Country Club, Inc., Pablo Creek Club, Inc., Pacific Corinthian Yacht Club, Palmetto-Pine Country Club, Inc., Portland Yacht Club, Prestwick Country Club, Queen City Club, Quincy Country Club, Salina Country Club, Samena Club, Saugahatchee Country Club, South Side Country Club, Spring Lake Bath & Tennis Club, Inc., Springville Country Club, Inc., St. Andrews Bay Yacht Club, Inc., Stockbridge Golf Club, Sulphur Springs Country Club, Tequesta Country Club, Texarkana Country Club Inc., The Cedar Rapids Country Club, The Chapel Hill Tennis Club, Inc., The Des Moines Embassy Club, The Marin Tennis Club, The Oglethorpe Club, The Palms Golf Club, Inc., The Shawnee Country Club, The Tower Club of Princeton University, Tippecanoe Lake Country Club, Inc., Tupelo Country Club, Turtle Point Yacht & Country Club, Visalia Country Club, Wallingford Country Club, Inc., Walnut Creek Country Club, West Valley Flying Club, Westbrook Village Golf Club, Western Golf and Country Club, Wethersfield Country Club, Inc., Whale Rock Country Club, Wichita Falls Country Club, Williamette Valley Country Club, Wilson Country Club, Inc., Yahnundasis Golf Club, Youche Country Club, and 3300 West Orange Country Club, LLC.

3. The "Lender Defendants" are Alpine Bank, American National Bank & Trust, Americu Credit Union, Bank of America, N.A., Bank of Belle Glade, Bank of Hawaii, Bank of Marin, Bankers Trust Company, BankUnited, N.A., The Bennington State Bank, Busey Bank, Canton Co-Operative Bank, CB&S Bank, Centier Bank, Charlotte State Bank & Trust, Citizens State Bank, City National Bank, City National Bank of Florida, Coastal Heritage Bank, Commercial National Bank of Texarkana, Community Bank of Mississippi, Community Bank, N.A., Cross River Bank, Customers Bank, Fall River Five Cents Savings Bank (d/b/a BankFive), Farmers & Merchants Savings Bank, Fifth Third Bank, N.A., First Bank Richmond, First Bankers Trust Company, N.A., First Florida Integrity Bank, First Hawaiian Bank, First National

Bank of Clarksdale, First National Bank of Omaha, First National Bank of Ottawa, First National Bank of Pana, First Republic Bank, First Secure Bank & Trust Co., Frost Bank, Guaranty Bank & Trust, N.A., Guilford Savings Bank, Heritage Bank, JPMorgan Chase Bank, N.A. (d/b/a Chase Bank), Kentucky Farmers Bank, Keybank, N.A., Lake City Bank, Lee Bank, Manufacturers and Traders Trust Company, Mechanics Bank, Mega Bank, Mercantile Bank of Michigan, Northeast Bank, OceanFirst Bank, N.A., Old National Bank, Pacific Western Bank, PeoplesBank, People's United Bank, N.A., Pinnacle Bank, Prime Meridian Bank, Regions Bank, Renasant Bank, Republic First Bank (d/b/a Republic Bank), Signature Bank, SmartBank, South Coast Bank & Trust, South Louisiana Bank, South State Bank, N.A., Southern Bank and Trust Company, Southern States Bank, Synovus Bank, TCF National Bank, TD Bank, N.A., The Cleveland State Bank, The State Bank & Trust Company, Town and Country Bank, Truist Bank (d/b/a Branch Banking & Trust Co.), United Community Bank, U.S. Bank N.A., Washington Savings Bank, Webster Bank, N.A., Wells Fargo Bank, N.A., Western Bank, Artesia, Zions Bancorporation, N.A. (d/b/a Zions Bank) (collectively with the Club Defendants, the "Defendants").

## I. INTRODUCTION

4. This action is brought against 106 social clubs and the 82 financial institutions that approved their false applications for government-backed loans under the Paycheck Protection Program ("PPP"). In total, the Club Defendants have obtained from the Lender Defendants 106 government-backed PPP loans in an aggregate amount of $25 to $65 million.

5. The PPP is one of our nation's most aggressive economic responses to the current Coronavirus pandemic. It represents over $500 billion of government support for loans to certain specified entities for the purpose of allowing those entities to continue to employ their workers during this time of severe economic disruption. PPP loans are below-market rate loans

issued by private lenders but guaranteed by the federal government. In addition, if borrowers use the proceeds of PPP loans for qualifying purposes such as payroll or rent, the federal government will forgive the repayment of all money so used. A critical aspect of the PPP is its limitation on the types of entities that are eligible for these government-backed loans.

6. Federal laws and regulations limit the entities that are eligible to obtain PPP loans to private businesses with over 500 employees, certain other qualified small businesses and Tribal organizations, and only two specific types of tax-exempt entities – charities and other nonprofits that have IRC Section 501(c)(3) status, and veterans' organizations that have IRC Section 501(c)(19) status. None of the many other types of tax-exempt entities is eligible to receive PPP loans.

7. The Club Defendants are "social clubs" that have tax-exempt status under IRC 501(c)(7), which covers clubs organized for "pleasure" and "recreation" purposes. They comprise golf clubs, country clubs, tennis clubs, and similar clubs across the country. Every one of the Club Defendants has filed forms with the IRS expressly electing tax-exempt status under IRC Section 501(c)(7). Social clubs are not among the types of entities that are eligible for PPP loans.

8. Notwithstanding their clear ineligibility, the Club Defendants applied to the Lender Defendants for PPP loans. The first item on the federal application form for PPP loans requires the applicant to check a box that identifies their type of organization, to ensure that the applicant is an eligible borrower. While 501(c)(3) and 501(c)(19) organizations were among the specific choices on the application form, 501(c)(7) organizations were not. The Club Defendants nonetheless submitted these applications to the Lender Defendants and certified on the

application form that they were eligible for PPP loans and that the information contained therein was true and accurate.

9. The Lender Defendants are financial institutions that are authorized to approve and issue PPP loans. This authority is conditioned on lenders' compliance with federal law and regulations, including compliance with the provisions of programs like the PPP. Despite the fact that none of the Club Defendants could truthfully identify as eligible organizations, and the fact that the Club Defendants' names alone made it nearly certain that they were ineligible "social clubs" rather than charitable or veterans' organizations, the Lender Defendants improperly approved all 106 PPP loan applications, putting the federal government on the hook to guarantee and potentially to forgive tens of millions of dollars of PPP loans that should never have issued in the first place.

10. Defendants have submitted and caused to be submitted false claims to the government, and fraudulently induced the government to guarantee and potentially to forgive millions of dollars of loans to organizations that are plainly ineligible to receive them. In so doing, Defendants' fraud has undermined a core feature of one of the most important elements of the government's economic response to the Coronavirus pandemic.

## II. JURISDICTION & VENUE

11. Jurisdiction is founded upon the FCA, 31 U.S.C. §§ 3729 *et seq.*, specifically 31 U.S.C. §§ 3732(a) & (b) and also 28 U.S.C. §§ 1331 and 1345.

12. The Court may exercise personal jurisdiction over the Defendants because one or more Defendants transacts business in this District, engaged in the alleged illegal activities and practices in this District and/or are located in this District.

13. Venue in this District is appropriate under 31 U.S.C. § 3732(a), in that acts complained of took place in this District.

## III. PARTIES

14. The United States is a real party in interest to the claims in this action. Through the Small Business Administration ("SBA") and the Department of the Treasury, the United States administers the Paycheck Protection Program.

15. Relator is an adult individual who resides in Ardmore, Pennsylvania.

The Club Defendants

16. **Artesia Country Club** is a social club located at P.O. Box 1305, Artesia, NM 88211. On September 6, 2019, Artesia Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Artesia Country Club applied for a PPP loan to Western Bank, Artesia, which is located in New Mexico, and which on April 9, 2020 approved the loan in an amount between $150,000 and $350,000.

17. **Bellefonte Country Club** is a social club located at 208 Country Club Drive, P.O. Box 1875, Ashland, KY 41105. On January 10, 2019, Bellefonte Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Bellefonte Country Club applied for a PPP loan to Kentucky Farmers Bank, which is located in Kentucky, and which on April 7, 2020 approved the loan in an amount between $150,000 and $350,000.

18. **Belleview Biltmore Country Club Corporation** is a social club located at 1 Country Club Ln., Belleair, FL 33756. On February 22, 2019, Belleview Biltmore Country Club Corporation filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Belleview Biltmore Country Club Corporation applied for a PPP loan to Truist

Bank (d/b/a Branch Banking & Trust Co.), which is located in Florida, and which on April 10, 2020 approved the loan in an amount between $1,000,000 and $2,000,000.

19. **Belvedere Tennis Club** is a social club located at 700 Tiburon Blvd., Tiburon, CA 94920. On November 15, 2019, Belvedere Tennis Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Belvedere Tennis Club applied for a PPP loan to First Republic Bank, which is located in California, and which on April 11, 2020 approved the loan in an amount between $150,000 and $350,000.

20. **Bentwinds Golf and Country Club** is a social club located at 6536 Dornoch Place, Fuquay Varina, NC 27526. On November 13, 2019, Bentwinds Golf and Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Bentwinds Golf and Country Club applied for a PPP loan to United Community Bank, which is located in North Carolina, and which on April 14, 2020 approved the loan in an amount between $150,000 and $350,000.

21. **Beverly Hills Tennis Club, Inc.** is a social club located at 340 N. Maple Dr., Beverly Hills, CA 90210. On October 3, 2019, Beverly Hills Tennis Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Beverly Hills Tennis Club, Inc. applied for a PPP loan to City National Bank, which is located in California, and which on April 15, 2020 approved the loan in an amount between $150,000 and $350,000.

22. **Black Hall Club, Inc.** is a social club located at 49 Buttonball Rd., Old Lyme, CT 06371. On January 23, 2019, Black Hall Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Black Hall Club, Inc. applied for a PPP loan to Webster Bank, N.A., which is located in Connecticut, and which on April 14, 2020 approved the loan in an amount between $150,000 and $350,000.

23. **Blythefield Country Club** is a social club located at 5801 Northland Drive NE, Belmont, MI 49306. On September 6, 2019, Blythefield Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Blythefield Country Club applied for a PPP loan to TCF National Bank, which is located in Michigan, and which on May 7, 2020 approved the loan in an amount between $350,000 and $1,000,000.

24. **Boca Pointe Country Club, Inc.** is a social club located at 7144 Boca Pointe Drive, Boca Raton, FL 33433. On June 18, 2019, Boca Pointe Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Boca Pointe Country Club, Inc. applied for a PPP loan to BankUnited, N.A., which is located in Florida, and which on April 14, 2020 approved the loan in an amount between $1,000,000 and $2,000,000.

25. **Bocage Racquet Club** is a social club located at 7600 Jefferson Highway, Baton Rouge, LA 70809. On November 14, 2019, Bocage Racquet Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Bocage Racquet Club applied for a PPP loan to PeoplesBank, which is located in Louisiana, and which on June 23, 2020 approved the loan in an amount between $350,000 and $1,000,000.

26. **Breakwater Beach Club** is a social club located at 1141 Ocean Avenue, Elberon, NJ 07740. On November 13, 2019, Breakwater Beach Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Breakwater Beach Club applied for a PPP loan to Customers Bank, which is located in New Jersey, and which on June 30, 2020 approved the loan in an amount between $150,000 and $350,000.

27. **Brunswick Country Club, Inc.** is a social club located at 4041 Darien Highway, Brunswick, GA 31525. On May 20, 2019, Brunswick Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Brunswick Country

Club, Inc. applied for a PPP loan to South Coast Bank & Trust, which is located in Georgia, and which on April 27, 2020 approved the loan in an amount between $150,000 and $350,000.

28. **Burl Oaks Golf Club, Inc.** is a social club located at 5400 North Arm Dr., Mound, MN 55364. On September 25, 2019, Burl Oaks Golf Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Burl Oaks Golf Club, Inc. applied for a PPP loan to Old National Bank, which is located in Minnesota, and which on April 10, 2020 approved the loan in an amount between $150,000 and $350,000.

29. **Capital City Country Club, Inc.** is a social club located at 1601 Golf Terrace Dr., Tallahassee, FL 32308. On July 11, 2019, Capital City Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Capital City Country Club, Inc. applied for a PPP loan to Prime Meridian Bank, which is located in Florida, and which on April 13, 2020 approved the loan in an amount between $150,000 and $350,000.

30. **Cattail Creek Country Club, Inc.** is a social club located at 3600 Cattail Creek Drive, Glenwood, MD 21738. On Nov. 22, 2019, Cattail Creek Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Cattail Creek Country Club, Inc. applied for a PPP loan to Manufacturers and Traders Trust Company, which is located in Maryland, and which on April 14, 2020 approved the loan in an amount between $350,000 and $1,000,000.

31. **Centerport Yacht Club** is a social club located at 33 Beach Plum Drive, Centerport, NY 11721. On November 2, 2019, Centerport Yacht Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Centerport Yacht Club applied for a PPP loan to Northeast Bank, which is located in New York, and which on May 15, 2020 approved the loan in an amount between $150,000 and $350,000.

32. **Chatham Club, Inc.** is a social club located at 15 E. Liberty St., Savannah, GA 31401. On January 11, 2019, Chatham Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Chatham Club, Inc. applied for a PPP loan to South State Bank, N.A., which is located in Georgia, and which on April 12, 2020 approved the loan in an amount between $150,000 and $350,000.

33. **Clarksdale Country Club** is a social club located at 905 Friars Point Road, Clarksdale, MS 38614. On August 5, 2019, Clarksdale Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Clarksdale Country Club applied for a PPP loan to First National Bank of Clarksdale, which is located in Mississippi, and which on April 5, 2020 approved the loan in an amount between $150,000 and $350,000.

34. **Clearwater Yacht Club** is a social club located at 830 Bayway Blvd., Clearwater, FL 33767. On November 7, 2019, Clearwater Yacht Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Clearwater Yacht Club applied for a PPP loan to Regions Bank, which is located in Florida, and which on April 30, 2020 approved the loan in an amount between $150,000 and $350,000.

35. **Cleveland Country Club** is a social club located at 601 Fayette Davis, Cleveland, MS 38732. On May 16, 2019, Cleveland Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Cleveland Country Club applied for a PPP loan to The Cleveland State Bank, which is located in Mississippi, and which on April 4, 2020 approved the loan in an amount between $150,000 and $350,000.

36. **Coral Reef Yacht Club** is a social club located at 2484 S. Bayshore Dr., Fort Lauderdale, FL 33313. On March 6, 2016, Coral Reef Yacht Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Coral Reef Yacht Club applied

for a PPP loan to City National Bank of Florida, which is located in Florida, and which on April 11, 2020 approved the loan in an amount between $350,000 and $1,000,000.

37. **Country Club of Decatur** is a social club located at 135 N. Country Club Road, Decatur, IL 62521. On February 25, 2019, Country Club of Decatur filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Country Club of Decatur applied for a PPP loan to First National Bank of Pana, which is located in Illinois, and which on June 29, 2020 approved the loan in an amount between $150,000 and $350,000.

38. **Country Club of Laurel, Inc.** is a social club located at 2011 Highway 84, Laurel, MS 39440. On April 30, 2019, Country Club of Laurel, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Country Club of Laurel, Inc. applied for a PPP loan to Community Bank of Mississippi, which is located in Mississippi, and which on April 8, 2020 approved the loan in an amount between $150,000 and $350,000.

39. **Deerwood Country Club, Inc.** is a social club located at 10239 Golf Club Drive, Jacksonville, FL 32256. On November 5, 2019, Deerwood Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Deerwood Country Club, Inc. applied for a PPP loan to Cross River Bank, which is located in Florida, and which on May 20, 2020 approved the loan in an amount between $350,000 and $1,000,000.

40. **Effingham Country Club** is a social club located at 2400 West Country Club Road, Effingham, IL 62401. On June 12, 2019, Effingham Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Effingham Country Club applied for a PPP loan to Washington Savings Bank, which is located in Illinois, and which on April 6, 2020 approved the loan in an amount between $150,000 and $350,000.

41. **Ellendale Country Club, Inc.** is a social club located at 3319 Highway 311, Houma, LA 70360. On March 19, 2019, Ellendale Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Ellendale Country Club, Inc. applied for a PPP loan to South Louisiana Bank, which is located in Louisiana, and which on April 4, 2020 approved the loan in an amount between $150,000 and $350,000.

42. **Ellington Ridge Country Club, Inc.** is a social club located at 56 Abbott Road, Ellington, CT 06029. On November 14, 2019, Ellington Ridge Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Ellington Ridge Country Club, Inc. applied for a PPP loan to People's United Bank, N.A., which is located in Connecticut, and which on April 9, 2020 approved the loan in an amount between $150,000 and $350,000.

43. **Essex County Country Club** is a social club located at 350 Mount Pleasant Avenue, West Orange, NJ 07052. On November 19, 2019, Essex County Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Essex County Country Club applied for a PPP loan to TD Bank, N.A., which is located in New Jersey, and which on April 12, 2020 approved the loan in an amount between $350,000 and $1,000,000.

44. **Fall River Country Club** is a social club located at 4232 No. Main St., Fall River, MA 02720. On January 31, 2019, Fall River Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Fall River Country Club applied for a PPP loan to Fall River Five Cents Savings Bank (d/b/a Bank Five), which is located in Massachusetts, and which on April 5, 2020 approved the loan in an amount between $150,000 and $350,000.

45. **Figure Eight Island Yacht Club, Inc.** is a social club located at 15 Bridge Road, Wilmington, NC 28411. On August 13, 2019, Figure Eight Yacht Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Figure Eight Yacht Club, Inc. applied for a PPP loan to Truist Bank (d/b/a Branch Banking & Trust Co.), which is located in North Carolina, and which on April 11, 2020 approved the loan in an amount between $150,000 and $350,000.

46. **Flossmoor Country Club** is a social club located at 1441 Western Avenue, Flossmoor, IL 60422. On November 18, 2019, Flossmoor Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Flossmoor Country Club applied for a PPP loan to First Secure Bank & Trust Co., which is located in Illinois, and which on April 9, 2020 approved the loan in an amount between $150,000 and $350,000.

47. **Forest Hills Country Club, Inc.** is a social club located at 2169 23rd St., Richmond, IN 47374. On August 28, 2018, Forest Hills Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Forest Hills Country Club, Inc. applied for a PPP loan to First Bank Richmond, which is located in Indiana, and which on April 4, 2020 approved the loan in an amount between $150,000 and $350,000.

48. **Fremont Golf Club** is a social club located at 2710 N. Somers Avenue, Fremont, NE 68025. On September 16, 2019, Fremont Golf Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Fremont Golf Club applied for a PPP loan to First National Bank of Omaha, which is located in Nebraska, and which on April 28, 2020 approved the loan in an amount between $150,000 and $350,000.

49. **Glendora Country Club** is a social club located at 2400 Country Club Dr., Glendora, CA 91741. On January 11, 2019, Glendora Country Club filed with the IRS a Form

990 indicating its decision to declare itself a 501(c)(7) organization. Glendora Country Club applied for a PPP loan to Pacific Western Bank, which is located in California, and which on April 15, 2020 approved the loan in an amount between $350,000 and $1,000,000.

50. **Glenmaura National Golf Club** is a social club located at 100 Glenmaura National Boulevard, Moosic, PA 18507. On November 4, 2019, Glenmaura National Golf Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Glenmaura National Golf Club applied for a PPP loan to Community Bank, N.A., which is located in Pennsylvania, and which on April 5, 2020 approved the loan in an amount between $150,000 and $350,000.

51. **Grosse Pointe Yacht Club** is a social club located at 788 Lake Shore Road, Grosse Point Shores, MI 48236. On June 11, 2019, Grosse Pointe Yacht Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Grosse Pointe Yacht Club applied for a PPP loan to Fifth Third Bank, N.A., which is located in Michigan, and which on May 17, 2020 approved the loan in an amount between $1,000,000 and $2,000,000.

52. **Gull Lake Country Club** is a social club located at 9725 West Gull Lake Drive, Richland, MI 49083. On April 30, 2019, Gull Lake Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Gull Lake Country Club applied for a PPP loan, which was approved in an amount between $150,000 and $350,000.

53. **Hartford Club** is a social club located at 46 Prospect Street, Hartford, CT 06103. On July 15, 2019, Hartford Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Hartford Club applied for a PPP loan to Webster Bank, N.A., which is located in Connecticut, and which on April 15, 2020 approved the loan in an amount between $150,000 and $350,000.

54. **Hilo Yacht Club** is a social club located at 77 Laehala Street, Hilo, HI 96720. On October 24, 2019, Hilo Yacht Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Hilo Yacht Club applied for a PPP loan to First Hawaiian Bank, which is located in Hawaii, and which on April 27, 2020 approved the loan in an amount between $150,000 and $350,000.

55. **Holly Tree Country Club, Inc.** is a social club located at 500 Golf Club Drive, Simpsonville, SC 29681. In 2018, Holly Tree Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Holly Tree Country Club, Inc. applied for a PPP loan to Synovus Bank, which is located in South Carolina, and which on May 3, 2020 approved the loan in an amount between $150,000 and $350,000.

56. **Island Bay Yacht Club** is a social club located at 76 Yacht Club Road, Springfield, IL 62712. On August 16, 2019, Island Bay Yacht Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Island Bay Yacht Club applied for a PPP loan to Town and Country Bank, which is located in Illinois, and which on April 8, 2020 approved the loan in an amount between $150,000 and $350,000.

57. **Isles Yacht Club, Inc.** is a social club located at 1780 W. Marion Avenue, Punta Gorda, FL 33950. On July 10, 2019, Isles Yacht Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Isles Yacht Club, Inc. applied for a PPP loan to Charlotte State Bank & Trust, which is located in Florida, and which on April 15, 2020 approved the loan in an amount between $150,000 and $350,000.

58. **Key Biscayne Yacht Club** is a social club located at 180 Harbor Drive, Key Biscayne, FL 33149. On February 6, 2019, Key Biscayne Yacht Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Key Biscayne Yacht Club

applied for a PPP loan to City National Bank of Florida, which is located in Florida, and which on April 5, 2020 approved the loan in an amount between $350,000 and $1,000,000.

59. **Kishwaukee Country Club, Inc.** is a social club located at 1901 Sycamore Road, Dekalb, IL 60115. On November 15, 2019, Kishwaukee Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Kishwaukee Country Club Inc. applied for a PPP loan to First National Bank of Omaha, which is located in Illinois, and which on April 15, 2020 approved the loan in an amount between $150,000 and $350,000.

60. **La Crosse Country Club, Inc.** is a social club located at 300 Marcou Road, Onalaska, WI 54650. On July 29, 2019, La Cross Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. La Crosse Country Club, Inc. applied for a PPP loan to Citizens State Bank, which is located in Wisconsin, and which on April 9, 2020 approved the loan in an amount between $150,000 and $350,000.

61. **Lahaina Yacht Club** is a social club located at 835 Front Street, Lahaina, HI 96761. On May 15, 2019, Lahaina Yacht Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Lahaina Yacht Club applied for a PPP loan to Bank of Hawaii, which is located in Hawaii, and which on April 28, 2020 approved the loan in an amount between $150,000 and $350,000.

62. **Longview Country Club** is a social club located at 41 Country Club Dr., Longview, WA 98632. On November 12, 2019, Longview Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Longview Country Club applied for a PPP loan to Heritage Bank, which is located in Washington, and which on April 11, 2020 approved the loan in an amount between $150,000 and $350,000.

63. **Lookout Mountain Club, Inc.** is a social club located at 1201 Fleetwood Drive, Lookout Mountain, GA 30750. On January 14, 2019, Lookout Mountain Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Lookout Mountain Club, Inc. applied for a PPP loan to SmartBank, which is located in Georgia, and which on April 9, 2020 approved the loan in an amount between $350,000 and $1,000,000.

64. **Marco Island Yacht Club, Inc.** is a social club located at 1400 N. Collier Blvd., Marco Island, FL 34145. On August 14, 2019, Marco Island Yacht Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Marco Island Yacht Club, Inc. applied for a PPP loan to First Florida Integrity Bank, which is located in Florida, and which on April 15, 2020 approved the loan in an amount between $150,000 and $350,000.

65. **Marshfield Country Club** is a social club located at 515 Moraine Street, Marshfield, MA 02050. On November 4, 2019, Marshfield Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Marshfield Country Club applied for a PPP loan to Coastal Heritage Bank, which is located in Massachusetts, and which on April 7, 2020 approved the loan in an amount between $350,000 and $1,000,000.

66. **Mayacoo Lakes II Club, Inc.** is a social club located at 9697 Mayacoo Club Drive, West Palm Beach, FL 33411. On August 21, 2019, Mayacoo Lakes II Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Mayacoo Lakes II Club, Inc. applied for a PPP loan to Bank of Belle Glade, which is located in Florida, and which on April 29, 2020 approved the loan in an amount between $350,000 and $1,000,000.

67. **Medford Lakes Country Club** is a social club located at 70 Oak Drive, Medford Lakes, NJ 08055. On January 15, 2019, Medford Lakes Country Club filed with the IRS a Form

990 indicating its decision to declare itself a 501(c)(7) organization. Medford Lakes Country Club applied for a PPP loan to Republic First Bank (d/b/a Republic Bank), which is located in New Jersey, and which on April 29, 2020 approved the loan in an amount between $150,000 and $350,000.

68. **Mercer Island Country Club** is a social club located at 8700 SE 71st Street, Mercer Island, WA 98040. On August 16, 2019, Mercer Island Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Mercer Island Country Club applied for a PPP loan to Bank of America, N.A., which is located in Washington, and which on April 15, 2020 approved the loan in an amount between $150,000 and $350,000.

69. **Meridian Valley Country Club, Inc.** is a social club located at 24830 136th Ave. SE, Kent, WA 98042. On November 13, 2019, Meridian Valley Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Meridian Valley Country Club, Inc. applied for a PPP loan to KeyBank, N.A., which is located in Washington, and which on April 13, 2020 approved the loan in an amount between $350,000 and $1,000,000.

70. **Mesa Country Club, Inc.** is a social club located at 660 W. Fairway Dr., Mesa, AZ 85201. On January 29, 2019, Mesa Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Mesa Country Club, Inc. applied for a PPP loan to Zions Bancorporation, N.A. (d/b/a Zions Bank), which is located in Arizona, and which on April 9, 2020 approved the loan in an amount between $350,000 and $1,000,000.

71. **Metropolitan Club** is a social club located at 640 Sutter St., San Francisco, CA 94102. On June 21, 2019, Metropolitan Club filed with the IRS a Form 990 indicating its

decision to declare itself a 501(c)(7) organization. Metropolitan Club applied for a PPP loan to Signature Bank, which is located in California, and which on April 28, 2020 approved the loan in an amount between $350,000 and $1,000,000.

72. **Mid-Pacific Country Club** is a social club located at 266 Kaelepulu Drive, Kailua, HI 96734. On May 14, 2019, Mid-Pacific Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Mid-Pacific Country Club applied for a PPP loan to First Hawaiian Bank, which is located in Hawaii, and which on April 15, 2020 approved the loan in an amount between $350,000 and $1,000,000.

73. **Milton Hoosic Club, Inc.** is a social club located at 70 Greenlodge Street, Canton, MA 02021. On November 11, 2019, Milton Hoosic Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Milton Hoosic Club, Inc. applied for a PPP loan to Canton Co-Operative Bank, which is located in Massachusetts, and which on April 15, 2020 approved the loan in an amount between $150,000 and $350,000.

74. **Mira Vista Country Club** is a social club located at 6600 Mira Vista Blvd., Fort Worth, TX 76132. On November 15, 2019, Mira Vista Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Mira Vista Country Club applied for a PPP loan to Frost Bank, which is located in Texas, and which on April 8, 2020 approved the loan in an amount between $350,000 and $1,000,000.

75. **Monmouth Beach Bath & Tennis Club** is a social club located at 65 Ocean Avenue, Monmouth Beach, NJ 07750. On January 14, 2019, Monmouth Beach Bath & Tennis Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Monmouth Beach Bath & Tennis Club applied for a PPP loan to OceanFirst Bank,

N.A., which is located in New Jersey, and which on April 29, 2020 approved the loan in an amount between $150,000 and $350,000.

76. **Naples Sailing and Yacht Club, Inc.** is a social club located at 896 River Point Dr., Naples, FL 34102. On June 29, 2019, Naples Sailing and Yacht Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Naples Sailing and Yacht Club, Inc. applied for a PPP loan to First Florida Integrity Bank, which is located in Florida, and which on April 16, 2020 approved the loan in an amount between $350,000 and $1,000,000.

77. **Newnan Country Club** is a social club located at 1356 Highway 29 N, Newnan, GA 30263. On November 11, 2019, Newnan Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Newnan Country Club applied for a PPP loan to Truist Bank (d/b/a Branch Banking & Trust Co.), which is located in Georgia, and which on April 13, 2020 approved the loan in an amount between $150,000 and $350,000.

78. **North Ridge Country Club, Inc.** is a social club located at 6612 Falls of Neuse Road, Raleigh, NC 27615. On November 11, 2019, North Ridge Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. North Ridge Country Club, Inc. applied for a PPP loan to Truist Bank (d/b/a Branch Banking & Trust Co.), which is located in North Carolina, and which on April 14, 2020 approved the loan in an amount between $1,000,000 and $2,000,000.

79. **Pablo Creek Club, Inc.** is a social club located at 5660 San Pablo Rd. S., Jacksonville, FL 32224. On November 4, 2019, Pablo Creek Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Pablo Creek Club,

Inc. applied for a PPP loan to Wells Fargo Bank, N.A., which is located in Florida, and which on May 1, 2020 approved the loan in an amount between $150,000 and $350,000.

80. **Pacific Corinthian Yacht Club** is a social club located at 2600 S. Harbor Blvd., Oxnard, CA 93035. On November 14, 2018, Pacific Corinthian Yacht Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Pacific Corinthian Yacht Club applied for a PPP loan to Mechanics Bank, which is located in California, and which on April 28, 2020 approved the loan in an amount between $150,000 and $350,000.

81. **Palmetto-Pine Country Club, Inc.** is a social club located at 1940 SW 9th Ct., Cape Coral, FL 33991. On September 25, 2019, Palmetto-Pine Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Palmetto-Pine Country Club, Inc. applied for a PPP loan to Bank of America, N.A., which is located in Florida, and which on May 3, 2020 approved the loan in an amount between $150,000 and $350,000.

82. **Portland Yacht Club** is a social club located at 1241 Marine Dr. NE, Portland, OR 97211. In 2018, Portland Yacht Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Portland Yacht Club applied for a PPP loan to U.S. Bank, N.A., which is located in Oregon, and which on May 3, 2020 approved the loan in an amount between $150,000 and $350,000.

83. **Prestwick Country Club** is a social club located at 601 Prestwick Drive, Frankfort, IL 60423. On July 3, 2019, Prestwick Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Prestwick Country Club applied for a PPP loan to First National Bank of Ottawa, which is located in Illinois, and which on April 5, 2020 approved the loan in an amount between $150,000 and $350,000.

84. **Queen City Club** is a social club located at 331 E. 4th Street, Cincinnati, OH 45202. On February 12, 2019, Queen City Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Queen City Club applied for a PPP loan to Fifth Third Bank, N.A., which is located in Ohio, and which on May 3, 2020 approved the loan in an amount between $350,000 and $1,000,000.

85. **Quincy Country Club** is a social club located at 2410 State Street, Quincy, IL 62301. On June 10, 2019, Quincy Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Quincy Country Club applied for a PPP loan to First Bankers Trust Co., N.A., which is located in Illinois, and which on May 5, 2020 approved the loan in an amount between $350,000 and $1,000,000.

86. **Salina Country Club** is a social club located at 2101 E. Country Club Road, Salina, KS 67401. On May 16, 2019, Salina Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Salina Country Club applied for a PPP loan to The Bennington State Bank, which is located in Kansas, and which on April 5, 2020 approved the loan in an amount between $150,000 and $350,000.

87. **Samena Club** is a social club located at 15231 Lake Hills Blvd., Bellevue, WA 98007. On February 15, 2019, Samena Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Samena Club applied for a PPP loan to Bank of America, N.A., which is located in Washington, and which on April 14, 2020 approved the loan in an amount between $350,000 and $1,000,000.

88. **Saugahatchee Country Club** is a social club located at 3800 Bent Creek Rd., Opelika, AL 36804. On August 15, 2019, Saugahatchee Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Saugahatchee Country Club

applied for a PPP loan to Southern States Bank, which is located in Alabama, and which on April 12, 2020 approved the loan in an amount between $150,000 and $350,000.

89. **South Side Country Club** is a social club located at 1650 Cottage Drive, Decatur, IL 62526. On June 21, 2019, South Side Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. South Side Country Club applied for a PPP loan to Busey Bank, which is located in Illinois, and which on April 15, 2020 approved the loan in an amount between $150,000 and $350,000.

90. **Spring Lake Bath & Tennis Club, Inc.** is a social club located at 1 Jersey Avenue, P.O. Box. 22, Spring Lake, NJ 07762. On February 11, 2020, Spring Lake Bath & Tennis Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Spring Lake Bath & Tennis Club, Inc. applied for a PPP loan to TD Bank, N.A., which is located in New Jersey, and which on April 13, 2020 approved the loan in an amount between $350,000 and $1,000,000.

91. **Springville Country Club, Inc.** is a social club located at 14445 Cascade Road, Springville, NY 14141. On March 18, 2019, Springville Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Springville Country Club, Inc. applied for a PPP loan to Manufacturers and Traders Trust Company, which is located in New York, and which on April 14, 2020 approved the loan in an amount between $150,000 and $350,000.

92. **St. Andrews Bay Yacht Club, Inc.** is a social club located at 218 Bunkers Cove Road, Panama City, FL 32401. On February 21, 2019, St. Andrews Bay Yacht Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. St. Andrews Bay Yacht Club, Inc. applied for a PPP loan to Community Bank of Mississippi, which

is located in Florida, and which on April 8, 2020 approved the loan in an amount between $150,000 and $350,000.

93. **Stockbridge Golf Club** is a social club located at 3 Cherry Street, Stockbridge, MA 01262. On September 31, 2019, Stockbridge Golf Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Stockbridge Golf Club applied for a PPP loan to Lee Bank, which is located in Massachusetts, and which on April 7, 2020 approved the loan in an amount between $150,000 and $350,000.

94. **Sulphur Springs Country Club** is a social club located at 511 Country Club Road, Sulphur Springs, TX 75482. On September 24, 2019, Sulphur Springs Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Sulphur Springs Country Club applied for a PPP loan to Guaranty Bank & Trust, N.A., which is located in Texas, and which on April 6, 2020 approved the loan in an amount between $150,000 and $350,000.

95. **Tequesta Country Club** is a social club located at 201 Country Club Drive, Tequesta, FL 33469. On April 9, 2019, Tequesta Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Tequesta Country Club applied for a PPP loan to TD Bank, N.A., which is located in Florida, and which on April 13, 2020 approved the loan in an amount between $350,000 and $1,000,000.

96. **Texarkana Country Club Inc.** is a social club located at 1 Country Club Lane, Texarkana, AR 71854. On January 24, 2019, Texarkana Country Club Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Texarkana Country Club, Inc. applied for a PPP loan to Commercial National Bank of Texarkana, which is located

in Arkansas, and which on April 4, 2020 approved the loan in an amount between $350,000 and $1,000,000.

97. **The Cedar Rapids Country Club** is a social club located at 550 27th Street Drive SE, Cedar Rapids, IA 52403. On December 3, 2019, The Cedar Rapids Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. The Cedar Rapids Country Club applied for a PPP loan to Farmers & Merchants Savings Bank, which is located in Iowa, and which on April 14, 2020 approved the loan in an amount between $350,000 and $1,000,000.

98. **The Chapel Hill Tennis Club, Inc.** is a social club located at 403 Westbrook Drive, Carrboro, NC 27510. On August 21, 2019, The Chapel Hill Tennis Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. The Chapel Hill Tennis Club, Inc. applied for a PPP loan to Pinnacle Bank, which is located in North Carolina, and which on April 29, 2020 approved the loan in an amount between $150,000 and $350,000.

99. **The Des Moines Embassy Club** is a social club located at 666 Grand Avenue #3300, Des Moines, IA 50309. On April 23, 2019, The Des Moines Embassy Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. The Des Moines Embassy Club applied for a PPP loan to Bankers Trust Company, which is located in Iowa, and which on April 11, 2020 approved the loan in an amount between $350,000 and $1,000,000.

100. **The Marin Tennis Club** is a social club located at 925 Belle Avenue, San Rafael, CA 94901. On May 12, 2019, The Marin Tennis Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. The Marin Tennis Club applied for a PPP

loan to Bank of Marin, which is located in California, and which on April 27, 2020 approved the loan in an amount between $150,000 and $350,000.

101. **The Oglethorpe Club** is a social club located at 450 Bull Street, Savannah, GA 31401. On January 22, 2019, The Oglethorpe Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. The Oglethorpe Club applied for a PPP loan to South State Bank, N.A., which is located in Georgia, and which on April 28 2020 approved the loan in an amount between $150,000 and $350,000.

102. **The Palms Golf Club, Inc.** is a social club located at 57000 Palms Drive, La Quinta, CA 92253. On February 6, 2019, The Palms Golf Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. The Palms Golf Club, Inc. applied for a PPP loan to Mega Bank, which is located in California, and which on May 7, 2020 approved the loan in an amount between $150,000 and $350,000.

103. **The Shawnee Country Club** is a social club located at 1700 Shawnee Road, Lima, OH 45805. In 2018, The Shawnee Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. The Shawnee Country Club applied for a PPP loan to The State Bank and Trust Co., which is located in Ohio, and which on April 14, 2020 approved the loan in an amount between $150,000 and $350,000.

104. **The Tower Club of Princeton University** is a social club located at 13 Prospect Avenue, Princeton, NJ 08540. On May 20, 2019, The Tower Club of Princeton University filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. The Tower Club of Princeton University applied for a PPP loan to Wells Fargo Bank, N.A., which is located in New Jersey, and which on April 30, 2020 approved the loan in an amount between $150,000 and $350,000.

105. **Tippecanoe Lake Country Club, Inc.** is a social club located at 7245 N. Kalorama Road, Leesburg, IN 46538. On October 3, 2019, Tippecanoe Lake Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Tippecanoe Lake Country Club, Inc. applied for a PPP loan to Lake City Bank, which is located in Indiana, and which on April 6, 2020 approved the loan in an amount between $150,000 and $350,000.

106. **Tupelo Country Club** is a social club located at 4462 Winged Foot Road, Belden, MS, 38826. On November 7, 2019, Tupelo Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Tupelo Country Club applied for a PPP loan to Renasant Bank, which is located in Mississippi, and which on April 5, 2020 approved the loan in an amount between $350,000 and $1,000,000.

107. **Turtle Point Yacht & Country Club** is a social club located at 1000 Club Drive, Killen, AL 35645. On January 15, 2019, Turtle Point Yacht & Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Turtle Point Yacht & Country Club applied for a PPP loan to CB&S Bank, which is located in Alabama, and which on April 9, 2020 approved the loan in an amount between $350,000 and $1,000,000.

108. **Visalia Country Club** is a social club located at 625 N. Ranch St., Visalia, CA 93291. On November 13, 2019, Visalia Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Visalia Country Club applied for a PPP loan to Mechanics Bank, which is located in California, and which on April 10, 2020 approved the loan in an amount between $350,000 and $1,000,000.

109. **Wallingford Country Club, Inc.** is a social club located at 195 Long Hill Rd., Wallingford, CT 06492. On November 15, 2019, Wallingford Country Club, Inc. filed with the

IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Wallingford Country Club, Inc. applied for a PPP loan to People's United Bank, N.A., which is located in Connecticut, and which on April 30, 2020 approved the loan in an amount between $150,000 and $350,000.

110. **Walnut Creek Country Club** is a social club located at 25501 Johns Road, South Lyon, MI 48178. On October 31, 2019, Walnut Creek Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Walnut Creek Country Club applied for a PPP loan to Bank of America, N.A., which is located in Michigan, and which on May 26, 2020 approved the loan in an amount between $350,000 and $1,000,000.

111. **West Valley Flying Club** is a social club located at 1901 Embarcadero Rd., Suite 100, Palo Alto, CA 94303. On November 15, 2019, West Valley Flying Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. West Valley Flying Club applied for a PPP loan to Wells Fargo Bank, N.A., which is located in California, and which on May 3, 2020 approved the loan in an amount between $150,000 and $350,000.

112. **Westbrook Village Golf Club** is a social club located at 19260 N. Westbrook Pky., Peoria, AZ 85382. On March 12, 2018, Westbrook Village Golf Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Westbrook Village Golf Club applied for a PPP loan to JPMorgan Chase Bank, N.A. (d/b/a Chase Bank), which is located in Arizona, and which on May 1, 2020 approved the loan in an amount between $150,000 and $350,000.

113. **Western Golf and Country Club** is a social club located at 14600 Kinloch, Redford, MI 48239. On November 12, 2019, Western Golf and Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Western Golf and

Country Club applied for a PPP loan to Mercantile Bank of Michigan, which is located in Michigan, and which on April 7, 2020 approved the loan in an amount between $150,000 and $350,000.

114. **Wethersfield Country Club, Inc.** is a social club located at 76 Country Club Road, Wethersfield, CT 06109. On September 4, 2019, Wethersfield Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Wethersfield Country Club, Inc. applied for a PPP loan to Guilford Savings Bank, which is located in Connecticut, and which on April 6, 2020 approved the loan in an amount between $150,000 and $350,000.

115. **Whale Rock Country Club** is a social club located at 16235 West Belleview Ave., Morrison, CO 80465. On September 25, 2019, Whale Rock Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Wale Rock Country Club applied for a PPP loan to Alpine Bank, which is located in Colorado, and which on May 1, 2020 approved the loan in an amount between $350,000 and $1,000,000.

116. **Wichita Falls Country Club** is a social club located at 1701 Hamilton Blvd., Wichita Falls, TX 76308. On September 6, 2018, Wichita Falls Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Wichita Falls Country Club applied for a PPP loan to American National Bank & Trust, which is located in Texas, and which on April 6, 2020 approved the loan in an amount between $350,000 and $1,000,000.

117. **Williamette Valley Country Club** is a social club located at 900 Country Club Place, Canby, OR 97013. On October 4, 2018, Williamette Valley Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Williamette

Valley Country Club applied for a PPP loan to U.S. Bank, N.A., which is located in Oregon, and which on May 7, 2020 approved the loan in an amount between $350,000 and $1,000,000.

118. **Wilson Country Club, Inc.** is a social club located at 4509 Country Club Drive, Wilson, NC 27896. On November 15, 2019, Wilson Country Club, Inc. filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Wilson Country Club, Inc. applied for a PPP loan to Southern Bank and Trust Company, which is located in North Carolina, and which on April 9, 2020 approved the loan in an amount between $150,000 and $350,000.

119. **Yahnundasis Golf Club** is a social club located at 8639 Seneca Turnpike, New Hartford, NY 13413. On June 10, 2019, Yahnundasis Golf Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Yahnundasis Golf Club applied for a PPP loan to Americu Credit Union, which is located in New York, and which on April 27, 2020 approved the loan in an amount between $150,000 and $350,000.

120. **Youche Country Club** is a social club located at 2301 W. 129th Place, Crown Point, IN 46307. On October 28, 2019, Youche Country Club filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. Youche Country Club applied for a PPP loan to Centier Bank, which is located in Indiana, and which on April 7, 2020 approved the loan in an amount between $150,000 and $350,000.

121. **3300 West Orange Country Club, LLC** is a social club located at 3300 W. Orange Country, Winter Garden, FL 34787. On September 20, 2016, 3300 West Orange Country Club, LLC filed with the IRS a Form 990 indicating its decision to declare itself a 501(c)(7) organization. West Orange Country Club, LLC applied for a PPP loan to Regions

Bank, which is located in Florida, and which on April 30, 2020 approved the loan in an amount between $150,000 and $350,000.

The Lender Defendants

122. **Alpine Bank** is a financial institution located in Colorado that participates as a lender in the PPP and approved the PPP loan of Whale Rock Country Club.

123. **American National Bank & Trust**, is a financial institution located in Texas that participates as a lender in the PPP and approved the PPP loan of Wichita Falls Country Club.

124. **Americu Credit Union** is a financial institution located in New York that participates as a lender in the PPP and approved the PPP loan of Yahnundasis Golf Club.

125. **Bank of America, N.A.** is a financial institution that participates as a lender in the PPP and approved the PPP loans of Mercer Island Country Club, Palmetto-Pine Country Club, Inc., Samena Club, and Walnut Creek Country Club.

126. **Bank of Belle Glade** is a financial institution located in Florida that participated as a lender in the PPP and approved the PPP loan of Mayacoo Lakes II Club, Inc.

127. **Bank of Hawaii** is a financial institution located in Hawaii that participates as a lender in the PPP and approved the PPP loan of Lahaina Yacht Club.

128. **Bank of Marin** is a financial institution located in California that participates as a lender in the PPP and approved the PPP loan of The Marin Tennis Club.

129. **Bankers Trust Company** is a financial institution located in Iowa that participates as a lender in the PPP and approved the PPP loan of The Des Moines Embassy Club.

130. **BankUnited, N.A.** is a financial institution located in Florida that participates as a lender in the PPP and approved the PPP loan of Boca Point Country Club, Inc.

131. **The Bennington State Bank** is a financial institution located in Kansas that participates as a lender in the PPP and approved the PPP loan of Salina Country Club.

132. **Busey Bank** is a financial institution located in Illinois that participates as a lender in the PPP and approved the PPP loan of South Side Country Club.

133. **Canton Co-Operative Bank** is a financial institution located in Massachusetts that participates as a lender in the PPP and approved the PPP loan of Milton Hoosic Club, Inc.

134. **CB&S Bank** is a financial institution located in Alabama that participates as a lender in the PPP and approved the PPP loan of Turtle Point Yacht & Country Club.

135. **Centier Bank** is a financial institution located in Indiana that participates as a lender in the PPP and approved the PPP loan of Youche Country Club.

136. **Charlotte State Bank & Trust** is a financial institution located in Florida that participates as a lender in the PPP and approved the PPP loan of Isles Yahct Club, Inc.

137. **Citizens State Bank** is a financial institution located in Wisconsin that participates as a lender in the PPP and approved the PPP loan of La Crosse Country Club, Inc.

138. **City National Bank** is a financial institution located in California that participates as a lender in the PPP and approved the PPP loan of Beverly Hills Tennis Club, Inc.

139. **City National Bank of Florida** is a financial institution located in Florida that participates as a lender in the PPP and approved the PPP loans of Coral Reef Yacht Club and Key Biscayne Yacht Club.

140. **Coastal Heritage Bank** is a financial institution located in Massachusetts that participates as a lender in the PPP and approved the PPP loan of Marshfield Country Club.

141. **Commercial National Bank of Texarkana** is a financial institution located in Arkansas that participates as a lender in the PPP and approved the PPP loan of Texarkana Country Club, Inc.

142. **Community Bank of Mississippi** is a financial institution located that participates as a lender in the PPP and approved the PPP loans of Country Club of Laurel, Inc. and St. Andrews Bay Yacht Club, Inc.

143. **Community Bank, N.A.** is a financial institution located in Pennsylvania that participates as a lender in the PPP and approved the PPP loan of Glenmaura National Golf Club.

144. **Cross River Bank** is a financial institution located in Florida that participates as a lender in the PPP and approved the PPP loan of Deerwood Country Club, Inc.

145. **Customers Bank** is a financial institution located in New Jersey that participates as a lender in the PPP and approved the PPP loan of Breakwater Beach Club.

146. **Fall River Five Cents Savings Bank (d/b/a BankFive)** is a financial institution located in Massachusetts that participates as a lender in the PPP and approved the PPP loan of Fall River Country Club.

147. **Farmers & Merchants Savings Bank** is a financial institution located in Iowa that participates as a lender in the PPP and approved the PPP loan of The Cedar Rapids Country Club.

148. **Fifth Third Bank, N.A.** is a financial institution that participates as a lender in the PPP and approved the PPP loans of Grosse Pointe Yacht Club and Queen City Yacht Club.

149. **First Bank Richmond** is a financial institution located in Indiana that participates as a lender in the PPP and approved the PPP loan of Forest Hills Country Club, Inc.

150. **First Bankers Trust Company, N.A.** is a financial institution located in Illinois that participates as a lender in the PPP and approved the PPP loan of Quincy Country Club.

151. **First Florida Integrity Bank** is a financial institution located in Florida that participates as a lender in the PPP and approved the PPP loans of Marco Island Yacht Club and Naples Sailing and Yacht Club, Inc.

152. **First Hawaiian Bank** is a financial institution located in Hawaii that participates as a lender in the PPP and approved the PPP loans of Hilo Yacht Club and Mid-Pacific Country Club.

153. **First National Bank of Clarksdale** is a financial institution located in Mississippi that participates as a lender in the PPP and approved the PPP loan of Clarksdale Country Club.

154. **First National Bank of Omaha** is a financial institution that participates as a lender in the PPP and approved the PPP loans of Fremont Golf Club and Kishwaukee Country Club, Inc.

155. **First National Bank of Ottawa** is a financial institution located in Illinois that participates as a lender in the PPP and approved the PPP loan of Prestwick Country Club.

156. **First National Bank of Pana** is a financial institution located in Illinois that participates as a lender in the PPP and approved the PPP loan of Country Club of Decatur.

157. **First Republic Bank** is a financial institution located in California that participates as a lender in the PPP and approved the PPP loan of Belvedere Tennis Club.

158. **First Secure Bank & Trust Co.** is a financial institution located in Illinois that participates as a lender in the PPP and approved the PPP loan of Flossmoor Country Club.

159. **Frost Bank** is a financial institution located in Texas that participates as a lender in the PPP and approved the PPP loan of Mira Vista Country Club.

160. **Guaranty Bank & Trust, N.A.** is a financial institution located in Texas that participates as a lender in the PPP and approved the PPP loan of Sulphur Springs Country Club.

161. **Guilford Savings Bank** is a financial institution located in Connecticut that participates as a lender in the PPP and approved the PPP loan of Wethersfield Country Club, Inc.

162. **Heritage Bank** is a financial institution located in Washington that participates as a lender in the PPP and approved the PPP loan of Longview Country Club.

163. **JPMorgan Chase Bank, N.A. (d/b/a Chase Bank)** is a financial institution that participates as a lender in the PPP and approved the PPP loan of Westbrook Golf Club.

164. **Kentucky Farmers Bank** is a financial institution located in Kentucky that participates as a lender in the PPP and approved the PPP loan of Bellefonte Country Club.

165. **Keybank, N.A.** is a financial institution located in Washington that participates as a lender in the PPP and approved the PPP loan of Meridian Valley Country Club, Inc.

166. **Lake City Bank** is a financial institution located in Indiana that participates as a lender in the PPP and approved the PPP loan of Tippecanoe Lake Country Club, Inc.

167. **Lee Bank** is a financial institution located in Massachusetts that participates as a lender in the PPP and approved the PPP loan of Stockbridge Golf Club.

168. **Manufacturers and Traders Trust Company** is a financial institution that participates as a lender in the PPP and approved the PPP loans of Cattail Creek Country Club Inc. and Springville Country Club, Inc.

169. **Mechanics Bank** is a financial institution located in California that participates as a lender in the PPP and approved the PPP loans of Pacific Corinthian Yacht Club and Visalia Country Club.

170. **Mega Bank** is a financial institution located in California that participates as a lender in the PPP and approved the PPP loan of The Palms Club, Inc.

171. **Mercantile Bank of Michigan** is a financial institution located in Michigan that participates as a lender in the PPP and approved the PPP loan of Western Golf and Country Club.

172. **Northeast Bank** is a financial institution located in New York that participates as a lender in the PPP and approved the PPP loan of Centerport Yacht Club.

173. **OceanFirst Bank, N.A.** is a financial institution located in New Jersey that participates as a lender in the PPP and approved the PPP loan of Monmouth Beach Bath & Tennis Club.

174. **Old National Bank** is a financial institution located in Minnesota that participates as a lender in the PPP and approved the PPP loan of Burl Oaks Golf Club, Inc.

175. **Pacific Western Bank** is a financial institution located in California that participates as a lender in the PPP and approved the PPP loan of Glendora Country Club.

176. **PeoplesBank** is a financial institution located in Louisiana that participates as a lender in the PPP and approved the PPP loan of Bocage Racquet Club.

177. **People's United Bank, N.A.** is a financial institution located in Connecticut that participates as a lender in the PPP and approved the PPP loans of Ellington Ridge Country Club, Inc. and Wallingford Country Club, Inc.

178. **Pinnacle Bank** is a financial institution located in North Carolina that participates as a lender in the PPP and approved the PPP loan of The Chapel Hill Tennis Club, Inc.

179. **Prime Meridian Bank** is a financial institution located in Florida that participates as a lender in the PPP program and approved the PPP loan of Capital City Country Club, Inc.

180. **Regions Bank** is a financial institution located in Florida that participates as a lender in the PPP and approved the PPP loans of Clearwater Yacht Club and 3300 West Orange Country Club, LLC.

181. **Renasant Bank** is a financial institution located in Mississippi that participates as a lender in the PPP and approved the PPP loan of Tupelo Country Club.

182. **Republic First Bank (d/b/a Republic Bank)** is a financial institution located in New Jersey that participates as a lender in the PPP and approved the PPP loan of Medford Lakes Country Club.

183. **Signature Bank** is a financial institution located in California that participates as a lender in the PPP and approved the PPP loan of Metropolitan Club.

184. **SmartBank** is a financial institution located in Georgia that participates as a lender in the PPP and approved the PPP loan of Lookout Mountain Club Inc.

185. **South Coast Bank & Trust** is a financial institution located in Georgia that participates as a lender in the PPP and approved the PPP loan of Brunswick Country Club, Inc.

186. **South Louisiana Bank** is a financial institution located in Louisiana that participates as a lender in the PPP and approved the PPP loan of Ellendale Country Club, Inc.

187. **South State Bank, N.A.** is a financial institution located in Georgia that participates as a lender in the PPP and approved the PPP loans of Chatham Club, Inc. and The Oglethorpe Club.

188. **Southern Bank and Trust Company** is a financial institution located in North Carolina that participates as a lender in the PPP and approved the PPP loan of Wilson Country Club, Inc.

189. **Southern States Bank** is a financial institution located in Alabama that participates as a lender in the PPP and approved the PPP loan of Saugahatchee Country Club.

190. **Synovus Bank** is a financial institution located in South Carolina that participates as a lender in the PPP and approved the PPP loan of Holly Tree Country Club, Inc.

191. **TCF National Bank** is a financial institution located in Michigan that participates as a lender in the PPP and approved the PPP loan of Blythefield Country Club.

192. **TD Bank, N.A.** is a financial institution that participates as a lender in the PPP and approved the PPP loans of Essex County Country Club, Spring Lake Bath & Tennis Club, Inc., and Tequesta Country Club.

193. **The Cleveland State Bank** is a financial institution located in Mississippi that participates as a lender in the PPP and approved the PPP loan of Cleveland Country Club.

194. **The State Bank & Trust Company** is a financial institution located in Ohio that participates as a lender in the PPP and approved the PPP loan of The Shawnee Country Club.

195. **Town and Country Bank** is a financial institution located in Illinois that participates as a lender in the PPP and approved the PPP loan of Island Bay Yacht Club.

196. **Truist Bank (d/b/a Branch Banking & Trust Co.)** is a financial institution that participates as a lender in the PPP and approved the PPP loans of Belleview Biltmore Country Club Corporation, Figure Eight Island Yacht Club, Inc., Newnan Country Club, and North Ridge Country Club, Inc.

197. **United Community Bank** is a financial institution located in North Carolina that participates as a lender in the PPP and approved the PPP loan of Bentwinds Golf and Country Club.

198. **U.S. Bank N.A.** is a financial institution located in Oregon that participates as a lender in the PPP and approved the PPP loans of Portland Yacht Club and Williamette Valley Country Club.

199. **Washington Savings Bank** is a financial institution located in Illinois that participates as a lender in the PPP and approved the PPP loan of Effingham Country Club.

200. **Webster Bank, N.A.** is a financial institution located in Connecticut that participates as a lender in the PPP and approved the PPP loans of Black Hall Club, Inc. and Hartford Club.

201. **Wells Fargo Bank, N.A.** is a financial institution that participates as a lender in the PPP and approved the PPP loans of Pablo Creek Club, Inc., The Tower Club of Princeton University, and West Valley Flying Club.

202. **Western Bank, Artesia** is a financial institution located in New Mexico that participates as a lender in the PPP and approved the PPP loan of Artesia Country Club.

203. **Zions Bancorporation, N.A. (d/b/a Zions Bank)** is a financial institution located in Arizona that participates as a lender in the PPP and approved the PPP loan of Mesa Country Club, Inc.

## IV. LEGAL BACKGROUND

### A. The False Claims Act

204. The FCA imposes liability on any person who:

(A) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;

(B) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim; [or]

* * *

(G) knowingly makes, uses, or causes to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money or property to the Government[.]

31 U.S.C. §§ 3729(a)(1)(A), (B) & (G).

205. The term "knowingly" means "that a person, with respect to information: (1) has actual knowledge of the information; (2) acts in deliberate ignorance of the truth or falsity of the information; or (3) acts in reckless disregard of the truth or falsity of the information." 31 U.S.C. § 3729(b)(1)(A). Proof of specific intent to defraud is not required. See 31 U.S.C. § 3729(b)(1)(B).

206. Section 3729(a)(1) of the FCA provides that a person is liable to the United States for three times the amount of damages which the Government sustains because of the act of that person, plus civil penalties. The FCA civil penalties are $5,500 to $11,000 for violations occurring from September 29, 1999 to August 1, 2016; $10,781 to $21,563 for violations occurring from August 2, 2016 to February 3, 2017; $10,957 to $21,916 for violations occurring from February 4, 2017 to January 29, 2018; $11,181 to $22,363 for violations occurring from January 30, 2018 to June 19, 2020; and $11, 665 to $23,331 for violations occurring thereafter. *See* 28 C.F.R. §§ 85.3 & 85.5; 85 Fed. Reg. 37004 (June 19, 2020).

207. The False Claims Act is violated when a defendant makes false statements that fraudulently induce the government to enter into a contract with the defendant. *See e.g., U.S. ex rel. Marcus v. Hess*, 317 U.S. 537 (1943); *U.S. ex rel. Thomas v. Siemens AG*, 593 Fed. Appx. 139 (3d Cir. 2014) ("Although the focus of the False Claims Act is on false "claims," courts have employed a fraudulent inducement theory to establish liability under the Act for each claim

submitted to the government under a contract which was procured by fraud, even in the absence of evidence that the claims were fraudulent in themselves."); *United States v. Veneziale*, 268 F.2d 504, 505 (3d Cir.1959) ("[I]t has long since been settled that a fraudulently induced contract may create liability under the False Claims Act when that contract later results in payment thereunder by the government...."); *In re Plavix Marketing, Sales Practice and Products Liability Litigation* (No. II), 332 F. Supp. 3d 927, 951 (D.N.J. 2017) (same).

## V. FACTUAL ALLEGATIONS

### A. The Paycheck Protection Program Limits Eligible Borrowers To Certain Specified Types Of Entities

208. The Paycheck Protection Program is an economic stimulus measure that is designed to provide financing to certain types of businesses in order to allow those businesses to avoid laying off employees as a result of the Coronavirus pandemic.

209. On March 27, 2020, the CARES Act was enacted, which established the PPP by adding new Section 7(a)(36) to the Small Business Act of 1953. 15 U.S.C. § 636(a)(36). The PPP was later expanded and extended by the Paycheck Protection Program and Health Care Enhancement Act (Apr. 24, 2020) and the Paycheck Protection Program Flexibility Act (June 5, 2020), respectively.

210. The PPP is structured as a guaranteed loan program under the Small Business Administration and is subject to the same laws and regulations as other "Section 7(a)" loans, except where expressly provided otherwise by the CARES Act or other relevant law. PPP loans

are made by private lenders under federal laws and regulations, and are fully guaranteed by the federal government.[1]

211. The basic mechanism of PPP loans is as follows. Eligible borrowers are able to obtain government-backed loans at below-market interest rates in an amount determined by reference to their payroll costs. They do so by submitting an application for a PPP loan to a financial institution that participates as a lender in the PPP. If the lender approves their loan application, the SBA will guarantee the PPP loan. If borrowers use the proceeds of their PPP loans for qualifying purposes, such as to pay employee salaries or healthcare benefits, their PPP loans will be forgiven by the government, meaning that the SBA will pay the lender in an amount equal to the "forgiven" balance.[2] Otherwise, the loans must be repaid by the borrower. If the borrower is required to but does not repay some or all of the outstanding balance, the government will repay the lender any amounts owed under the SBA guarantee.

212. The laws and regulations implementing the PPP establish the set of eligible borrowers. Only those entities that are expressly eligible for PPP loans are legally entitled to obtain them. Compliance with the PPP eligibility requirements "is essential to ensure that PPP loans are directed to the entities Congress intended, and that PPP loan proceeds are used for the purposes Congress required, including the CARES Act's central purpose of keeping workers paid and employed." 85 Fed. Reg. 33010, 33012 (June 1, 2020).

[1] *See* 85 Fed. Reg. 29845, 29846 (May 19, 2020) ("Loans under the PPP are 100 percent guaranteed by SBA, and the full principal amount of the loans and any accrued interest may qualify for loan forgiveness.")

[2] 85 Fed. Reg. 33004, 33005 (June 1, 2020) ("If the lender determines that the borrower is entitled to forgiveness of some or all of the amount applied for under the statute and applicable regulations, the lender must request payment from the SBA .... SBA will, subject to any SBA review of the loan or loan application, remit the appropriate forgiveness amount to the lender, plus any interest accrued through the date of payment....").

213. The list of eligible entities includes businesses and specified other organizations with more than 500 employees; certain small businesses that meet SBA criteria; sole proprietors, independent contractors, and self-employed persons; and businesses that are classified with a North American Industry Classification System (NAICS) Code beginning with 72 (Accommodations and Food Services) with more than one physical location.[3]

214. Also among the specified groups of eligible organizations are two types of organizations identified by their federal tax-exempt status. Exempt organizations must qualify for and elect tax-exempt treatment under one of the 29 specific subsections of Internal Revenue Code ("IRC") Section 501(c) or another applicable provision of the IRC. The only two exempt organizations that are eligible borrowers under the PPP are non-profit organizations[4] that elect tax treatment under IRC Section 501(c)(3)[5], and veterans organizations that elect tax treatment under IRC Section 501(c)(19). 15 U.S.C. § 636(a)(36)(D)(i). Prior to the CARES Act, no type of nonprofit organization was eligible to obtain 7(a) loans.[6]

---

[3] 15 U.S.C. § 636(a)(36)(D)(i) ("During the covered period, in addition to small business concerns, any business concern, nonprofit organization, veterans organization, or Tribal business concern … shall be eligible to receive a covered loan…"); *see also* Paycheck Protection Program website, Small Business Administration, available at https://www.sba.gov/funding-programs/loans/coronavirus-relief-options/paycheck-protection-program.

[4] 15 U.S.C. § 636(a)(36)(A)(vi) (defining "nonprofit organization" as "an organization that is described in section 501(c)(3) of Title 26 and that is exempt from taxation under section 501(a) of Title 26.").

[5] The SBA has determined that in limited circumstances, certain other types of organizations may qualify as eligible borrowers. These limited circumstances are expressly defined in federal regulations and guidance. *See* SBA Paycheck Protection Program Loans Frequently Asked Questions (June 25, 2020), at FAQ #42 (nonprofit hospitals exempt from taxation under IRC Section 115 can qualify as "nonprofit organizations" otherwise limited to organizations that have 501(c)(3) status, if they reasonably determine in a written record that they would be eligible for 501(c)(3) status if it were sought, and such an interpretation would help ensure that "entities that are helping to lead the medical response to the ongoing pandemic, can benefit from the loans provided under the PPP."); *see also* 85 Fed. Reg. 35550 (June 11, 2020) (providing eligibility for certain telephone cooperative organizations).

[6] 85 Fed. Reg. 27287 (May 8, 2020).

215. Organizations that qualify for and have elected tax treatment under IRC Section 501(c)(3) are commonly referred to as "charities,"[7] and must be "organized and operated exclusively for religious, charitable, scientific, testing for public safety, literary, or educational purposes, or to foster national or international amateur sports competition (but only if no part of its activities involve the provision of athletic facilities or equipment), or for the prevention of cruelty to children or animals." 26 U.S.C. § 501(c)(3).

216. Organizations that qualify for and have elected tax treatment under IRC Section 501(c)(19) are commonly known as "veterans' organizations,"[8] and must consist of "past or present members of the Armed Forces of the United States," or be a foundation primarily composed of such members. 26 U.S.C. § 501(c)(19).

217. All organizations that qualify for and have elected tax treatment under other sections of IRC Section 501(c) are ineligible borrowers under the PPP. These include, for example, companies created only to hold real estate (§ 501(c)(2)), non-profit cemetery companies (§ 501(c)(13)), and The National Railroad Retirement Investment Trust (§ 501(c)(28)).

218. Ineligible PPP borrowers also include Section 501(c)(7) organizations, which are commonly referred to as "social clubs,"[9] and are defined as "[c]lubs organized for pleasure, recreation, and other nonprofitable purposes, substantially all of the activities of which are for such purposes and no part of the net earnings of which inures to the benefit of any private shareholder." 26 U.S.C. § 501(c)(7).

---

[7] *See* "Charities and Nonprofits," IRS Website, available at https://www.irs.gov/charities-and-nonprofits.

[8] *See* "Veterans' Organizations," IRS Website, avilable at https://www.irs.gov/charities-non-profits/other-non-profits/veterans-organizations.

[9] *See* "Social Clubs," IRS Website, available at https://www.irs.gov/charities-non-profits/other-non-profits/social-clubs.

219. Since the PPP was implemented, the SBA and Department of Treasury have published a considerable volume of guidance on the interpretation of various aspects of the program. This guidance has affirmed that only tax-exempt organizations under Sections 501(c)(3) and 501(c)(19) are eligible for PPP loans.

### B. The Club Defendants Are 501(c)(7) Social Clubs And Submitted Applications For PPP Loans That Falsely Certified That They Were Eligible Organizations

220. Every Club Defendant has filed a Form 990 (Return of Organization Exempt From Income Tax) with the IRS electing to be treated as a 501(c)(7) organization.

221. Form 990 is unmistakably clear with respect to the particular subsection of IRC Section 501(c) that a filer elects. Item I on Page 1 of the form refers to "Tax-exempt status" and requires the filer to check one of four boxes – 501(c)(3), 4947(a)(1), 527, or a box labeled 501(c) with an instruction to insert the specific subsection elected. Item I of Form 990 reads as follows:

| | | | | | |
|---|---|---|---|---|---|
| I | Tax-exempt status: | ☐ 501(c)(3) | ☐ 501(c) ( ) ◄ (insert no.) | ☐ 4947(a)(1) or | ☐ 527 |

222. Although Form 990 is used by organizations claiming an exemption from federal income tax, it requires considerable detail about the filer's financial condition. The Club Defendants' Forms 990 are typically twenty pages or longer, and contain information regarding the organizations' sources of revenue and expenses. These forms are typically signed by a Club Defendant's President or Treasurer.

223. Every Club Defendant has also applied for a PPP loan using the federal Paycheck Protection Program Borrower Application Form 2483 or its equivalent ("Application Form").[10] Club Defendants have applied for and obtained PPP loans ranging from $150,000 to $2,000,000.

[10] 85 Fed. Reg. 20811, 20814 (Apr. 15, 2020) ("The applicant must submit SBA Form 2483 (Paycheck Protection Program Application Form)").

224. The first item on the Application Form[11] requires the applicant to identify their form of organization, and provides 11 checkboxes that relate to categories of entities eligible to receive PPP loans:

| | |
|---|---|
| **Check One:** | ❑ Sole proprietor ❑ Partnership ❑ C-Corp ❑ S-Corp ❑LLC<br>❑ Independent contractor ❑ Eligible self-employed individual<br>❑ 501(c)(3) nonprofit ❑ 501(c)(19) veterans organization<br>❑ Tribal business (sec. 31(b)(2)(C) of Small Business Act) ❑ Other |

225. Because 501(c)(7) organizations are not eligible PPP borrowers, there is no checkbox for this type of organization on the Application Form. Club Defendants therefore must have either selected a false answer or answered "Other."

226. The Application Form also contains numerous certifications that must be made by an Authorized Representative of the applicant. These certifications include[12], among others:

- *The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Rule);*

- *I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000 ....*

227. The above certifications are critical to the proper functioning of the PPP because the government generally guarantees PPP loans without first making its own investigation of, or

[11] *See* Small Business Administration Form 2483, Paycheck Protection Program Borrower Application Form Revised June 24, 2020 (OMB Control No.: 3245-0407, Expiration Date: 10/31/2020).

[12] The requirement that an applicant certify to the truthfulness and accuracy of all information provided in an application is expressly mandated by federal regulations. 85 Fed. Reg. 20811, 20814 (Apr. 15, 2020).

performing additional diligence on, an applicant's eligibility. This is a common feature of government funding programs and is particularly important to the PPP because of the importance of distributing funds to eligible borrowers as quickly as possible.[13]

228. Each of the Club Defendant's Application Forms contained false statements or false certifications that represented that they were eligible borrowers under PPP rules.

### C. The Lender Defendants Approved The Club Defendants' PPP Loan Applications Even Though The Club Defendants Were Not Eligible Organizations

229. Each Lender Defendant approved the PPP loan application of one or more Club Defendants, notwithstanding that every Club Defendant was ineligible to receive PPP loans by virtue of their 501(c)(7) status.

230. The structure of the PPP relies on private financial institutions to administer the loan approval and lending process, consistent with federal laws and regulations. 15 U.S.C. § 636(a)(36)(F)(ii) ("For purposes of making covered loans … a lender approved to make loans under this subsection shall be deemed to have been delegated authority by the Administrator to make and approve covered loans….").

231. Financial institutions that are either approved SBA 7(a) lenders, or who obtain approval to participate as PPP lenders, are authorized to approve PPP loan applications and make PPP loans that are guaranteed by SBA. 15 U.S.C. § 636(a)(36)(F)(iii).

232. Because the government will guarantee PPP loans upon approval by a PPP lender without further diligence, PPP lenders are the government's first (and often, last) line of defense to ensure that only eligible borrowers obtain PPP funds.

[13] *See* 85 Fed. Reg. 20811, 20812 (Apr. 15, 2020) ("The intent of the Act is that SBA provide relief to America's small businesses expeditiously, which is expressed in the Act by giving all lenders delegated authority and streamlining the requirements of the 7(a) loan program.").

233. Lenders participating in the PPP must comply with all Section 7(a) loan requirements, except where expressly provided otherwise by the CARES Act or other relevant law. *See e.g.,* 13 C.F.R. § 120.180 ("SBA Lenders and Intermediaries must comply and maintain familiarity with Loan Program Requirements for the 7(a) Loan Program .... An SBA Lender or Intermediary must maintain sufficient documentation to demonstrate that Loan Program Requirements have been satisfied."); § 120.197 ("Lenders, CDCs, Borrowers, and others must notify the SBA Office of Inspector General of any information which indicates that fraud may have occurred in connection with a 7(a) or 504 loan.").

234. In order to expedite the processing of PPP loans to immediately prevent additional job losses, the government has relaxed certain 7(a) program requirements, such as the requirement that lenders independently evaluate the creditworthiness of borrowers. *See e.g.,* 85 Fed. Reg. 20811, 20812 (Apr. 15, 2020) ("For example, for loans made under the PPP, SBA will not require the lenders to comply with section 120.150 'What are SBA's lending criteria?.'").

235. In addition, the government has stated that "SBA will allow lenders to rely on certifications of the borrower in order to determine eligibility of the borrower ..." and that "Lenders must comply with the applicable lender obligations set forth in this interim final rule, but will be held harmless for borrowers' failure to comply with program criteria; remedies for borrower violations or fraud are separately addressed in this interim final rule." 85 Fed. Reg. 20811, 20812 (Apr. 15, 2020).

236. However, these regulations do not relieve PPP lenders of their obligation to review the Application Form and to obtain from borrowers "such documentation as is necessary to establish eligibility." 85 Fed. Reg. 20811, 20812 (Apr. 15, 2020). Federal regulations further provide that "[i]f the lender identifies ... material lack of substantiation in the borrower's

supporting documents, the lender should work with the borrower to remedy the issue." 85 Fed. Reg. 33010, 33013 (June 1, 2020).

237. In addition, "Lenders are expected to perform a good-faith review, in a reasonable time, of the borrower's calculations and supporting documents concerning amounts eligible for loan forgiveness." 85 Fed. Reg. 33010, 33013 (June 1, 2020). Importantly, loan forgiveness is not available to borrowers who were not eligible to obtain a PPP loan in the first place. *Id.* at 33012.

238. In exchange for performing a valuable screening function for the review and approval or denial of PPP loan applications, participating lenders receive fees from the government for each loan made. These fees range from 5% for loans less than $350,000, to 3% for loans between $350,000 and $2,000,000, to 1% for loans of at least $2,000,000.[14]

239. The government has referred to these fees as "substantial" and, along with the fully-guaranteed nature of PPP loans, "ample inducement for lenders to participate in the PPP." 85 Fed. Reg. 20811, 20813 (Apr. 15, 2020).

240. A lender is not entitled to any fee, however, if the borrower is not eligible for a PPP loan. *See* 85 Fed. Reg. 33010, 33014 (June 1, 2020) ("If SBA conducts a loan review and determines that the borrower was ineligible for a PPP loan, the lender is not eligible for a processing fee."). And the SBA can claw back fees that were paid if it is later learned that a borrower was ineligible, or if a lender fails to comply with its obligations under the PPP. *Id.*

241. Through June 2020, more than $521 billion in PPP loans had been approved, generating billions of dollars of fees for participating lenders. Defendant JPMorgan Chase Bank,

---

[14] 15 U.S.C. § 636(a)(36)(P)(i); *see* Paycheck Protection Program (PPP) Information Sheet – Lenders, available at https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

N.A. is the largest PPP lender and is expected to receive over $850 million in fees. Defendant Bank of America, N.A. is the second-largest PPP lender and is expected to receive over $750 million in fees.[15]

242. These fees can also be substantial sources of revenue for smaller lenders. Defendant Cross River Bank is expected to receive over $160 million in PPP loan fees, which is more revenue than the bank earned from its entire range of operations in 2019.[16]

243. As explained above, each Club Defendant submitted an Application Form that contained as the first item an indication of the applicant's type of organization.

244. Because Club Defendants are not eligible borrowers and their organization type (501(c)(7)) is naturally absent from the choices on the Application Form, each Club Defendant must have either selected a false form of organization or selected "Other."

245. In either event, the Lender Defendants were at least reckless in approving the Club Defendants' applications.

246. First, in any situation in which a Lender Defendant had a pre-existing banking relationship with a Club Defendant, it would have been on actual notice of the Club Defendant's organizational form and thereby its ineligibility for a PPP loan. Federally insured banks are required by the Bank Secrecy Act and related laws to verify certain basic information about their

[15] "*Banks will collect billions in fees on PPP small business loans, according to a new report*," FORTUNE (July 6, 2020), available at https://fortune.com/2020/07/06/ppp-loans-interest-banks-small-business-loan-fees/#:~:text=Under%20Treasury%20Department%20rules%2C%20PPP,of%20%242%20million%20and%20above.

[16] *Id.*

customers' identity, and PPP regulations re-affirm that these basic requirements are applicable to the PPP.[17]

247. Second, an organization's Section 501(c) status is publicly available, and the Lender Defendants could have easily confirmed whether or not Club Defendants were eligible 501(c)(3) or 501(c)(19) organizations. This simple step of diligence would have quickly resulted in the Lender Defendants learning that the Club Defendants were ineligible 501(c)(7) organizations.

248. Third, even if the Lender Defendant had no prior interaction with a Club Defendant prior to their review of that Club Defendant's Application Form, and even if the Lender Defendant knew nothing about that Club Defendant other than its name, the Lender Defendant should have performed a minimal level of diligence to confirm the Club Defendant's PPP eligibility. This is because the strong likelihood that a Club Defendant was an ineligible 501(c)(7) organization was apparent from its name alone.

249. 501(c)(7) organizations are commonly referred to as "social clubs" and indeed every single Club Defendant has the word "club" in its name. Many of the Club Defendants' names further suggest that they are "social clubs" for the purposes of "pleasure" or "recreation." Names that include "Yacht Club" or "Bath & Tennis Club" are plainly not indicative of organizations devoted to charity or veterans' affairs.

250. Lender Defendants electronically submitted Form 2824 (Paycheck Protection Program Lender's Application for 7(a) Loan Guarantee) to the SBA as a pre-requisite to issuing

[17] 85 Fed. Reg. 20811, 20815 (Apr. 15, 2020) ("Each lender shall … Follow applicable [Bank Secrecy Act] requirements … Federally insured depository institutions … should continue to follow their existing BSA protocols when making PPP loans to either new or existing customers …. Entities that are not presently subject to the requirements of the BSA, should, prior to engaging in PPP lending activities … establish an anti-money laundering (AML) compliance program equivalent to that of a federally regulated institution.").

a PPP loan to Club Defendants. 85 Fed. Reg. 20811, 20814 (Apr. 15, 2020). This form[18] requires a PPP lender to identify the applicant's type of organization in a manner analogous to that on the borrower's Application Form:

**B. Applicant Information**

Check One: ❑ Sole Proprietor ❑ Partnership ❑ C-Corp ❑ S-Corp ❑ LLC ❑ Independent contractor ❑ Eligible self-employed individual ❑ 501(c)(3) nonprofit ❑ 501(c)(19) veterans organization ❑ Tribal business (sec. 31(b)(2)(C) of Small Business Act) ❑ Other

251. As did the Club Defendants themselves on their Application Forms, the Lender Defendants had to represent on this form the organizational type of each Club Defendant. The Lender Defendants could not truthfully represent that a Club Defendant was any of the specified organizational types, such as a 501(c)(3) nonprofit or 501(c)(19) veterans organization. The Lender Defendants therefore either falsely represented that the Club Defendants were eligible 501(c)(3) or 501(c)(19) organizations, or represented their organizational type as "Other," which would unquestionably have put them on notice that Club Defendants may not be eligible borrowers.

252. The level of diligence by Lender Defendants that would have quickly and indisputably confirmed the Club Defendants' ineligibility for PPP loans was extraordinarily minimal, and yet no Lender Defendant denied a Club Defendant's application. It is inconceivable that the Lender Defendants would perform such a reckless manner of diligence if the government was not guaranteeing repayment of the loan.

[18] *See* Small Business Administration Form 2484, Paycheck Protection Program Lender's Application – Paycheck Protection Program Loan Guaranty (Revised June 12, 2020) (OMB Control No.: 3245-0407, Expiration Date: 10/31/2020); Small Business Administration Form 2484, Paycheck Protection Program Lender's Application – Paycheck Protection Program Loan Guaranty (Revised April 2020) (OMB Control No.: 3245-0407, Expiration Date: 9/30/2020).

**D. Defendants Have Submitted False Claims, Caused False Claims To Be Submitted, And Fraudulently Induced The Government To Provide Millions Of Dollars In PPP Loans To Ineligible Entities**

253. The submission of false Application Forms by Club Defendants and the approval of PPP loans by Lender Defendants resulted in numerous violations of the False Claims Act.

254. The Club Defendants' Application Forms were false claims for payment of government funds. The Application Forms falsely represented the Club Defendants' ineligible 501(c)(7) status and contained false certifications that the Club Defendants were eligible for PPP loans and that all information in their Application Forms was correct. The Club Defendants have improperly retained government-backed PPP loan proceeds to which they are not entitled.

255. The Lender Defendants' approval of Club Defendants' PPP loan applications and issuance of PPP loans were similarly false claims for payment of government funds and false statements material to the payment of government funds. In addition, the Lender Defendants made false claims to the government to obtain processing fees for PPP loans for which the borrower was ineligible and for which the Lender Defendants did not comply with PPP requirements. The Lender Defendants have improperly retained these processing fees to which they are not entitled.

256. Both the Club Defendants and Lender Defendants together caused the submission of false claims for payment of government funds in the form of PPP loan guarantees to ineligible borrowers.

257. The actions of the Club Defendants and Lender Defendants fraudulently induced the government to extend PPP loans to the Club Defendants. Had the government known that the Club Defendants were ineligible borrowers, not only would it have refused to make those loans to Club Defendants, it was prohibited by law from doing so due to their ineligible status.

258. At the time that PPP loans were disbursed to the Club Defendants, the government suffered harm in the full amount of the disbursed funds because those PPP loans were only made and guaranteed by the government because of Defendants' fraud.

259. If at any point the Club Defendants apply for and obtain forgiveness of their PPP loans or fail to repay those loans, the government will suffer an additional and separate manner of financial harm in the amount of the loan balances forgiven or unpaid.[19]

260. Accordingly, all Defendants are liable for three times the amount of their false claims plus civil penalties for each false claim submitted.

## VI. COUNTS

### Count I
### Federal False Claims Act
### 31 U.S.C. § 3729(a)(1)(A)

261. Relator re-alleges and incorporates each allegation in each of the preceding paragraphs as if fully set forth herein and further alleges as follows:

262. By virtue of the acts described above, Defendants "knowingly present[ed], or caus[ed] to be presented, false or fraudulent claims for payment or approval" in violation of 31 U.S.C. § 3729(a)(1)(A).

263. The United States, unaware of the foregoing circumstances and conduct, and in reliance on the truth and accuracy of the claims for payment, paid or authorized payment of those claims and has been damaged in an amount to be proven at trial.

### Count II
### Federal False Claims Act
### 31 U.S.C. § 3729(a)(1)(B)

---

[19] 85 Fed. Reg. 33010, 33013 (June 1, 2020) ("The Administrator has determined that to be an eligible recipient that is entitled to forgiveness under section 1106(b), the borrower must be an 'eligible recipient' under 15 U.S.C. § 636(a)(36)(A)(iv) and rules and guidance available at the time of the borrower's loan application.").

264. Relator re-alleges and incorporates each allegation in paragraphs 1 through 260 as if fully set forth herein and further alleges as follows:

265. By virtue of the acts described above, Defendants have "knowingly ma[de], us[ed], or caus[ed] to be made or used, a false record or statement that was material to false or fraudulent claims" in violation of 31 U.S.C. § 3729(a)(1)(B).

266. The United States, unaware of the foregoing circumstances and conduct, and in reliance on the truth and accuracy of the claims for payment, paid or authorized payment of those claims and has been damaged in an amount to be proven at trial.

## Count III
## Federal False Claims Act
## 31 U.S.C. § 3729(a)(1)(G)

267. Relator re-alleges and incorporates each allegation in paragraphs 1 through 260 as if fully set forth herein and further alleges as follows:

268. By virtue of the acts described above, Defendants have "knowingly and improperly avoid[ed] or decreas[ed] an obligation to pay or transmit" money to the United States in violation of 31 U.S.C. § 3729(a)(1)(G).

## PRAYER FOR RELIEF

**WHEREFORE,** Relator demands that judgment be entered in favor of the United States and against Defendants for the maximum amount of damages and such other relief as the Court may deem appropriate on each Count. This includes three times the amount of damages to the United States plus civil penalties, and any other recoveries or relief provided for under the FCA.

Further, Relator requests that he receive the maximum amount permitted by law from the proceeds or settlement of this action as well as from any alternative remedies collected by the United States, plus reasonable expenses necessarily incurred, and reasonable attorneys' fees and

costs. Relator requests that his award be based upon the total value recovered, both tangible and intangible, including any amounts received from individuals or entities who are not parties to this action.

**DEMAND FOR JURY TRIAL**

A jury trial is demanded in this case.

DATED: July 21, 2020

Respectfully submitted,

**BEGELMAN & ORLOW, P.C.**

By: ______________________
Regina D. Poserina, Esquire
411 Route 70 East, Suite 245
Cherry Hill, NJ 08034
(856) 428-6020
regina.poserina@begelmanorlow.com

COHEN MILSTEIN SELLERS & TOLL PLLC
Gary L. Azorsky, Esquire
*To Be Admitted Pro Hac Vice*
Jeanne A. Markey, Esquire
*To Be Admitted Pro Hac Vice*
Raymond M. Sarola, Esquire
*To Be Admitted Pro Hac Vice*
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
(267) 479-5700
gazorsky@cohenmilstein.com
jmarkey@cohenmilstein.com
rsarola@cohenmilstein.com

*Counsel for Relator*

**CERTIFICATE OF SERVICE**

I hereby certify that I will cause a copy of the above Complaint to be served on the following counsel by mail:

The Honorable William P. Barr
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-001

The Honorable Craig Carpenito
United States Attorney
District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102

DATED: May 21, 2020 [signature]